UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ADAMS, | |
| Plaintiff, | |
| -against- | 24-CV-1013 (JGLC) |
| DANMOR REALTY CORP. and MAMAMIA CORP., | **ORDER** |
| Defendants. | |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **May 17, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  May 6, 2024
        New York, New York

                                        SO ORDERED.

                                        _Jessica Clarke_____

                                        JESSICA G. L. CLARKE
                                        United States District Judge