**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSHUA ADAMS,<br><br>     Plaintiff,<br><br>vs.<br><br>DANMOR REALTY CORP. and<br>MAMAMIA CORP.,<br><br>     Defendants. | Case No. 24-cv-01013-JGLC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**
**AGAINST DEFENDANTS DANMOR REALTY CORP. AND MAMAIA CORP.**

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants, DANMOR REALTY CORP. and MAMAMIA CORP.

June 20, 2024

Respectfully submitted,

*/s/ Jennifer E. Tucek, Esq.*
Law Office of Jennifer Tucek, PC
Bar No. JT2817
315 Madison Avenue, #3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com
*Attorney for Plaintiff*

1